Same case below, 412 Fed. Appx. 22.

**No. 11-5575. Daniel Valencia, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.**

565 U.S. 946, 132 S. Ct. 403, 181 L. Ed. 2d 264, 2011 U.S. LEXIS 7310, ▮

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5576. Domenic Tricome, Petitioner v. Heather McLaughlin, et al.**

565 U.S. 946, 132 S. Ct. 404, 181 L. Ed. 2d 264, 2011 U.S. LEXIS 7353.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Middle District, denied.

**No. 11-5591. Jason Collura, Petitioner v. City of Philadelphia, Pennsylvania.**

565 U.S. 946, 132 S. Ct. 404, 181 L. Ed. 2d 264, 2011 U.S. LEXIS 7453.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 421 Fed. Appx. 256.

**No. 11-5592. William McGrann, Petitioner v. Federal Insurance Company.**

565 U.S. 946, 132 S. Ct. 404, 181 L. Ed. 2d 264, 2011 U.S. LEXIS 7291.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5593. Donald L. Stanfield, Petitioner v. F. Gonzales, Warden.**

565 U.S. 946, 132 S. Ct. 404, 181 L. Ed. 2d 264, 2011 U.S. LEXIS 7429.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5594. Dana December Smith, Petitioner v. David Ballard, Warden.**

565 U.S. 947, 132 S. Ct. 404, 181 L. Ed. 2d 264, 2011 U.S. LEXIS 7376.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 422 Fed. Appx. 255.

**No. 11-5597. David Leslie Murtishaw, Petitioner v. California.**

565 U.S. 947, 132 S. Ct. 405, 181 L. Ed. 2d 264, 2011 U.S. LEXIS 7398.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 51 Cal. 4th 574, 121 Cal. Rptr. 3d 586, 247 P.3d 941.

**No. 11-5604. Joseph Joines, Petitioner v. Belinda Davis, Warden.**

565 U.S. 947, 132 S. Ct. 405, 181 L. Ed. 2d 264, 2011 U.S. LEXIS 7295.

October 11, 2011. Petition for writ of certiorari to the Superior Court of Georgia, Dooly County, denied.